Argued and submitted July 31, affirmed August 30, 2000

STATE OF OREGON,
*Appellant,*

*v.*

BRYAN K. LEMON,
*Respondent.*

(971263; CA A102382)

9 P3d 748

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for appellant. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Daniel Q. O'Dell, Deputy Public Defender, argued the cause for respondent. With him on the brief was David E. Groom, Public Defender.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Warren, Senior Judge.

PER CURIAM

Affirmed. *State v. Wright,* 152 Or App 282, 954 P2d 809, *rev den* 327 Or 448 (1998).